**Harvey ARNOLD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 72396.**

Missouri Court of Appeals,
Western District.

Oct. 11, 2011.

Harvey E. Arnold, Appellant pro se.

Shaun J. Mackelprang and John M. Reeves, Jefferson City, MO, for respondent.

Division Three: JAMES E. WELSH, P.J., JAMES M. SMART, JR., and JOSEPH M. ELLIS, JJ.

### *ORDER*

PER CURIAM:

Harvey Arnold challenges the trial court's denial of his motion to reopen Rule 29.15 post-conviction proceedings. He contends his post-conviction counsel abandoned him by filing an amended post-conviction motion advancing only claims that were either already argued on direct appeal or claims that were restated verbatim from his Rule 29.15 motion. We affirm. Rule 84.16(b).